435 A.2d 638

Commonwealth v. Lomax, Appellant.

Submitted December 5, 1980. Elaine De Masse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

Appeal from the order entered January 24, 1980 is affirmed.

435 A.2d 639

Commonwealth v. McIntosh, Appellant.

Submitted September 11, 1980. John G. McDougall, for appellant; Thomas Regan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed.

BROSKY, J., filed a memorandum dissenting opinion.